**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **GORDON GRANDBERRY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12 C 9946 |
| | ) | |
| **OFFICER MARK HERNANDEZ**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Gordon Grandberry ("Grandberry") has submitted a proposed 42 U.S.C. § 1983 Complaint against a number of police officers, accompanying that filing with (1) a Motion To Proceed In Forma Pauperis and To Appoint Counsel and (2) an Application To Sue or Defend as a Poor Person. Both because all of those documents, though typewritten, are so faint as to challenge their readability (a real understatement)[1] and because Grandberry has failed to provide the printout covering transactions in his trust fund account for the six-month period ending December 5, 2012 (see 28 U.S.C. § 1915), this Court is unable to move forward with this action.

Under the circumstances this Court will allow Grandberry until January 7, 2013 to do the job right, both by providing documents that can be read and by tendering the required trust fund printout. If he does so, this Court anticipates acting promptly on the matter -- and to avoid any prejudice to Grandberry because of the delay, this Court will treat the December 13 date of receipt of the original documents in the Clerk's Office as the effective date of this action for

---

[1] It does not seem to have occurred to plaintiff Grandberry that in pursuit of his own asserted constitutional rights he has managed to inflict cruel and unusual punishment on this Court by the unreadability of his documents.

limitations purposes. If however Grandberry does not comply with this memorandum order by a timely filing, this action will be dismissed without prejudice (even though such a "without prejudice" dismissal might perhaps pose statute of limitations problems).

_____
Milton I. Shadur
Senior United States District Judge

Date:  December 17, 2012